FIRTH v. REHFELDT et al.

(Supreme Court, Special Term, Kings County. October 11, 1897.)

APPEAL—EVIDENCE—PRINTING—AMOUNT REQUIRED.
    Where an appellant makes up a case upon specific exceptions or questions, she cannot be required to print evidence that does not relate thereto.

Action by Robert W. Firth against Catherine A. C. G. Rehfeldt and others. Motion by the defendant to send the case back to the referee for resettlement on appeal. Sustained.

Blandy, Mooney & Shipman, for appellant.
Philip & Raymond, for respondent.

GAYNOR, J. The defendant has the right to make up a case upon specific exceptions or questions, and to print only such evidence as relates thereto. She cannot be required to print the evidence for a

review of the facts when she does not want such review. Let the case go back for settlement accordingly. I do not see why the respondent wants evidence printed to review the facts. On the contrary, if the appellant does not want it, it is for the respondent to have the case so settled as to make that fact fully appear.